**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
COUNSEL FOR DEFENDANT TRANS UNION LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. PLINSKI and AUBREY MCCLURE-PLINSKI,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:18-cv-01342-GMN-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Michael J. Plinski and Aubrey McClure-Plinski ("Plaintiffs"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiffs' Complaint.

On July 20, 2018, Plaintiffs filed their Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiffs' Complaint is August 14, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiffs have agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiffs' Complaint until September 4, 2018.

Dated this 10th day of August, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**COGBURN LAW OFFICES**

*/s/ Erik W. Fox*
Jamie S. Cogburn
Nevada Bar No. 8409
Erik W. Fox
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com
*Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond until September 4, 2018 is so ORDERED AND ADJUDGED.

Dated this 16 day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4843-7979-2496.1

2