Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. PLINSKI and AUDREY MCCLURE-PLINSKI,<br><br>Plaintiff(s),<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant(s). | Case No.: 2:18-cv-01342-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs Michael J. Plinski and Audrey McClure-Plinski (hereafter "Plaintiffs") through their attorney Erik W. Fox, Esq., and Lindsey H. Morales, Esq., attorney for Defendant JPMorgan Chase Bank, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before September 12, 2018.

*/ / /*

*/ / /*

/ / /

/ / /

/ / /

-1-

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this 10th day of August, 2018     Signed this 10th day of August, 2018

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Lindsey H. Morales*     By: */s/ Erik W. Fox*
Lindsey H. Morales, Esq.         Erik W. Fox, Esq.
Nevada Bar No. 11519             Nevada Bar No. 8804
McCalla Raymer Leibert Pierce, LLP   Cogburn Law Offices
1635 Village Center Circle, Ste. 130  2580 St. Rose Parkway, Suite 330
Las Vegas, Nevada 89134          Henderson, Nevada 89074
(702) 425-7267                   (702) 748-7777
*Attorney for Chase Bank, N.A.*  *Attorney for Plaintiffs*

## ORDER

**IT IS ORDERED.** Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before September 12, 2018.

Dated this 16 day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Lindsey H. Morales*
Lindsey H. Morales, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Lindsey.morales@mccalla.com