**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

MICHAEL J. PLINSKI and AUDREY MCCLURE-PLINSKI,

Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., a Foreign Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,

Defendants.

Case No.: 2:18-cv-01342-GMN-CWH

**STIPULATION AND ORDER TO DISMISS DEFENDANT JPMORGAN CHASE BANK, N.A. WITH PREJUDICE**

IT IS HERBY STIPULATED by and between Plaintiffs, MICHAEL J. PLINSKI and AUDREY MCCLURE-PLINSKI ("Plaintiffs") and Defendant, JPMorgan Chase Bank, N.A. ("Chase"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against JPMorgan Chase Bank, N.A. in the above-captioned shall be and hereby are dismissed with prejudice.

…

…

…



**COGBURN LAW OFFICES**
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880

IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

Dated this 17th day of September, 2018.

COGBURN LAW OFFICES

By: */s/ Erik W. Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiffs*

Dated this 17th day of September, 2018.

McCALLA RAYMER LEIBERT PIECE, LLP

By: */s/ Lindsay H. Morales*
Lindsay H. Morales, Esq.
Nevada Bar No. 11519
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
*Attorneys for Defendant,*
*JPMorgan Chase Bank, N.A.*

**IT IS SO ORDERED:**

**DATED** this 20 day of November, 2018.

Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by:

Dated this 17th day of September, 2018.

COGBURN LAW OFFICES

By: */s/ Erik W. Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074



COGBURN LAW OFFICES
2580 St. Rose Parkway, Suite 330, Henderson, Nevada 89074
Telephone: (702) 748-7777 | Facsimile: (702) 966-3880