COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. PLINSKI and AUDREY MCCLURE-PLINSKI,<br><br>                Plaintiffs,<br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a Foreign Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>                Defendants. | Case Number<br>2:18-cv-01342-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

      IT IS HERBY STIPULATED by and between Plaintiff, Michael J. Plinski and Audrey McClure-Plinski ("Plaintiffs") and Defendant, Equifax Information Services, LLC ("Equifax"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Equifax in the above-captioned shall be and hereby are dismissed with prejudice.

…

…

Page 1 of 2

IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

Dated this 20th day of November, 2018.        Dated this 20th day of November, 2018.

**COGBURN LAW OFFICES**                       **SNELL & WILMER LLP**

By:    */s/ Erik W. Fox*                     By:    */s/ Bradley T. Austin*
Name: Jamie S. Cogburn, Esq.                  Name: Bradley T. Austin, Esq.
      Nevada Bar No. 8409                            Nevada Bar No. 13064
      Erik W. Fox, Esq.                              3883 Howard Hughes Pkwy, Ste 1100
      Nevada Bar No. 884                             Las Vegas, Nevada 89169
      2580 St. Rose Parkway, Suite 330               *Attorney for Equifax Information*
      Henderson, Nevada 89074                        *Services, LLC*

**IT IS SO ORDERED:**

**DATED** this  20  day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Page 2 of 2