COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. PLINSKI and AUDREY MCCLURE-PLINSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a Foreign Company, EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case Number<br>2:18-cv-01342-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT TRANSUNION, LLC WITH PREJUDICE** |

IT IS HERBY STIPULATED by and between Plaintiff, Michael J. Plinski and Audrey McClure-Plinski ("Plaintiffs") and Defendant, TransUnion, LLC ("TransUnion"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against TransUnion in the above-captioned shall be and hereby are dismissed with prejudice and

…

…

…

that each party shall bear its own attorney fees and costs.

Dated this 13th day of December, 2018.          Dated this 13th day of December, 2018.

**COGBURN LAW OFFICES**                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:  */s/ Erik W. Fox*                           By:  */s/ Jason G. Revzin*
Name: Jamie S. Cogburn, Esq.                     Name: Jason G. Revzin, Esq.
      Nevada Bar No. 8409                              Nevada Bar No. 8629
      Erik W. Fox, Esq.                                6385 S. Rainbow Blvd., Suite 600
      Nevada Bar No. 884                               Las Vegas, Nevada 89118
      2580 St. Rose Parkway, Suite 330                 *Attorney for TransUnion, LLC*
      Henderson, Nevada 89074
      *Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

**DATED** this  13  day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court