1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiffs*

7

8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10 MICHAEL J. PLINSKI and AUDREY
   MCCLURE-PLINSKI                              Case Number
11                                              2:18-cv-01342-GMN-CWH
                     Plaintiff,
12
                                                **STIPULATION AND ORDER TO**
      vs.                                       **DISMISS DEFENDANT EXPERIAN**
13                                              **INFORMATION SOLUTIONS, INC.**
   JPMORGAN CHASE BANK, N.A., a                 **WITH PREJUDICE**
14 Foreign Company, EQUIFAX
   INFORMATION SERVICES, LLC, a
15 Foreign Limited-Liability Company,
   TRANSUNION, LLC, a Foreign Limited-
16 Liability Company, and EXPERIAN
   INFORMATION SOLUTIONS, INC., a
17 Foreign Corporation

18                   Defendants.

19

20      IT IS HERBY STIPULATED by and between Plaintiffs, Michael J. Plinski and Audrey

21 McClure-Plinski ("Plaintiffs") and Defendant, Experian Information Solutions, Inc. ("Experian"),

22 . . .

23 . . .

24 . . .

by and through their respective attorneys of record, that all Plaintiffs' claims asserted against Experian in the above-captioned shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 16th day of April, 2019.

**COGBURN LAW**

By:  */s/Erik W. Fox*

Name: Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2508 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiffs*

Dated this 16th day of April, 2019.

**NAYLOR & BRASTER**

By:  */s/Jennifer L. Braster*

Name: Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Ste. 200
Las Vegas, NV 89145
*Attorney for Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

**DATED** this  24  day of April, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT